

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-282-7878

October 8, 2021

*Via ECF*
Hon. John P. Cronan
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Dumaresq v. Equifax Information Services, Inc. et al*
             Docket No: 1:21-cv-06186-JPC
             Letter Motion Seeking Cancellation of Mediation

Dear Judge John P. Cronan:

    We are the attorneys for Plaintiff in this matter and write to respectfully inform the court that Plaintiff has entered into a settlement in principal with all Defendants. We anticipate the case being dismissed with prejudice as to all defendants within the next thirty to forty-five day. As such, Plaintiff respectfully requests that the court cancel or adjourn the mediation in this matter.

    Thank you for your consideration of this request.

In light of the parties' letter, all conferences and deadlines in this case, including the mediation, are adjourned *sine die*. The parties shall submit a letter updating the Court on the status of settlement discussions by December 13, 2021. If this case has been settled or otherwise terminated, counsel are not required to submit such letter, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.20, *available at* http://nysd.uscourts.gov/ecf_filing.php.

Respectfully submitted,

/s *Alain Cesar*
Alain Cesar, Esq.
516-203-7600 ext 1270
acesar@sanderslaw.group

SO ORDERED

Date:  October 12, 2021
         New York, New York

JOHN P. CRONAN
United States District Judge